**John de la TORRE v. Archibald J. FULTON, Jr., District Local Engineer.**

Circuit Court of Appeals, First Circuit. October 18, 1928.

No. 2251.

Vernon W. Marr, of Boston, Mass. (Luis Toro Cabanas and Hugh R. Francis, both of San Juan, Porto Rico, on the brief), for appellant.

John V. Spaulding, Asst. U. S. Atty., of Boston, Mass. (John L. Gay, U. S. Atty., and Jesus A. Gonzalez, Asst. U. S. Atty., both of San Juan, Porto Rico, on the brief), for appellee.

Before BINGHAM, JOHNSON, and ANDERSON, Circuit Judges.

PER CURIAM. The following final decree entered: The decree of the District Court is vacated, and the case is remanded to that court, with directions to enter an order dismissing the petition for want of juris-

diction without costs; neither party recovers costs in this court. Knapp v. Lake Shore & Michigan Southern Railway Co., 197 U. S. 536, 25 S. Ct. 538, 49 L. Ed. 870; Covington & Cincinnati Bridge Co. v. Hager, 203 U. S. 109, 27 S. Ct. 24, 51 L. Ed. 111; Barber v. Hetfield (C. C. A.) 4 F.(2d) 245.